UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CAROL RODGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 07-C-6262 |
| -against- | ) | |
| | ) | Judge Milton I. Shadur |
| **McDONALD'S CORPORATION,** | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

To: Nigel F. Telman, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on December 12, 2007 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a Waiver of Service of Summons, executed by Nigel F. Telman, as Attorney for Defendant McDonald's Corporation. A copy of this document is submitted herewith and served upon you.

Respectfully submitted,

By: /s/ David Porter
David Porter

DAVID PORTER, ESQ.
Attorney for Plaintiff
11 S. LaSalle Street
Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on December 12, 2007 he caused a copy of the foregoing **Notice of Filing** of the attached Waiver of Service of Summons, with attachment, to be served on the Defendant's attorneys:

    Nigel F. Telman, Esq.
    Sidley Austin LLP
    One South Dearborn
    Chicago, Illinois 60603

by regular mail on this day.

    /s/ David Porter
    David Porter