UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CV 6262 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| McDONALD'S CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: David Porter, Esq.
    11 S. LaSalle Street, Suite 1000
    Chicago, IL  60603

**PLEASE TAKE NOTICE** that on Thursday, January 3, 2008, the undersigned filed with the United States District Court for the Northern District of Illinois, Eastern Division, the Appearances of Nigel F. Telman and Marianne Congdon-Hohman as attorneys for McDonald's Corporation, copies of which are hereby served upon you.

Dated: January 3, 2008

    Respectfully submitted,

    s/Marianne Congdon-Hohman
    Marianne Congdon-Hohman

    One of the Attorneys for Defendant
    McDonald's Corporation

Nigel F. Telman
Marianne Congdon-Hohman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

CH1 4111043v.1