**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Carol Rodgers
                              Plaintiff,

v.                                               Case No.: 1:07−cv−06262
                                                       Honorable Milton I. Shadur

McDonald's Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Accordingly the quoted phrase is stricken from each of those paragraphs of the Answer.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.