UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CAROL RODGERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07-C-6262 |
| -against- ) | |
| ) | Judge Milton I. Shadur |
| **McDONALD'S CORPORATION,** ) | |
| ) | Magistrate Judge Mason |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

To:   Nigel F. Telman, Esq.
      Sidley Austin LLP
      One South Dearborn
      Chicago, Illinois 60603


   **PLEASE TAKE NOTICE** that on July 29, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Milton I. Shadur, U.S.D.J., in Courtroom 2303 in the United States District Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Compel Production of Documents and/or Bar Defendant from Later Raising Issues to Which It Has Purposely Withheld Documents**, a copy of which motion and supporting papers are submitted herewith and hereby served upon you.


                                        Respectfully submitted,


                                        By: /s/ David Porter
                                              David Porter

DAVID PORTER, ESQ.
Attorney for Plaintiff
11 S. LaSalle Street   -   Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on July 24, 2008 he caused a copy of **Notice of Motion** and **Plaintiff's Motion to Compel Production of Documents and/or Bar Defendant from Later Raising Issues to Which It Has Purposely Withheld Documents**, in the above-captioned matter on the Defendant's attorneys:

>Nigel F. Telman, Esq.
>Sidley Austin LLP
>One South Dearborn
>Chicago, Illinois 60603

by electronic service on this day.

>/s/ David Porter
>David Porter