## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **CAROL RODGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 07-C-6262 |
| -against- | ) | |
| | ) | Judge Milton I. Shadur |
| **McDONALD'S CORPORATION,** | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |
| | ) | |

### NOTICE OF MOTION

To:  Nigel F. Telman, Esq.
　　 Sidley Austin LLP
　　 One South Dearborn
　　 Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on July 29, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Milton I. Shadur, U.S.D.J., in Courtroom 2303 in the United States District Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Compel Production of Supplementary Interrogatory Responses**, a copy of which motion and supporting papers are submitted herewith and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　By: /s/ David Porter
　　　　　　　　　　　　　　　　　　　　　　　　　　David Porter

DAVID PORTER, ESQ.
Attorney for Plaintiff
11 S. LaSalle Street  -  Suite 1000
Chicago, Illinois 60603
(312) 236-1207

2

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on July 24, 2008 he caused a copy of **Notice of Motion** and **Plaintiff's Motion to Compel Production of Suplementary Interrogatory Responses**, in the above-captioned matter on the Defendant's attorneys:

      Nigel F. Telman, Esq.
      Sidley Austin LLP
      One South Dearborn
      Chicago, Illinois 60603

by electronic service on this day.

      /s/ David Porter
      David Porter