**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)          TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES          NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?          YES          NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CAROL RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CV 6262 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| McDONALD'S CORPORATION, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: David Porter, Esq.
   11 S. LaSalle Street, Suite 1000
   Chicago, IL  60603

**PLEASE TAKE NOTICE** that on Friday, July 25, 2008, the undersigned electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the Appearance Brian P. Guarraci as an attorney for McDonald's Corporation, a copy of which is hereby served upon you.

Dated: July 25, 2008

Respectfully submitted,

s/ Brian P. Guarraci
Brian P. Guarraci

One of the Attorneys for Defendant
McDonald's Corporation

Nigel F. Telman
Brian P. Guarraci
Marianne Congdon-Hohman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

CH1 4352450v.1