

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6262 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Carol Rodgers vs. McDonald's Corp. | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion for entry of a protective order is granted. (25-1) Enter Stipulated Protective Order. After this case is closed in the District Court, the parties may obtain the return of any previously-sealed or previously-restricted documents by a motion filed within 60 days after the case is closed. Any documents that are not so withdrawn will become part of the public case file.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. DISTRICT COURT | Courtroom Deputy Initials: | SN |
|---|---|---|---|

2008 SEP -9 AM 10: 52

FILED-EDI